UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA KAHLER,<br><br>Defendant. | 5:21-CR-50146-KES<br><br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 13, 2023, defendant, Joshua Kahler, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Amended Superseding Information. The Amended Superseding Information charges Kahler with Enticement of a Minor Using the Internet, in violation of 18 U.S.C. § 2422(b). Docket 69. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 74) is adopted. The defendant is adjudged guilty of Enticement of a Minor Using the Internet, in violation of 18 U.S.C. § 2422(b).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 25, 2024 at 10:00 a.m. in Rapid City Courtroom 2.

Dated October 13, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE